AARON D. FORD
Attorney General
HENRY H. KIM (Bar No. 14390)
Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Ave., #3900
Las Vegas, Nevada 89101
Phone: (702) 486-3095
Fax: (702) 486-3773
E-mail: hkim@ag.nv.gov
*Attorneys for Defendant Romeo Aranas*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Omar McIntosh, | Case No. 2:17-cv-02212-KJD-NJK |
| Plaintiff, | |
| v. | STIPULATION AND ORDER OF DISMISSAL |
| Bruce Stroud, *et al.*, | |
| Defendants. | |

It is hereby stipulated and agreed by and between Plaintiff, Omar McIntosh, and all Defendants in this matter, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Henry H. Kim, Deputy Attorney General, that the above-captioned matter is dismissed with prejudice, and each party will bear their own attorney fees and costs.

_____
Omar McIntosh, Plaintiff
*Pro Se*

Dated: 4-9-2019

AARON D. FORD
Attorney General

By: _____
Henry H. Kim (Bar No. 14390)
Deputy Attorney General
Attorneys for Defendants

Dated: 5/1/2019

IT IS SO ORDERED.

Dated: May 2, 2019.

_____
UNITED STATES DISTRICT JUDGE